# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

_Patrick Joseph Height_
(Name of Plaintiff)

vs.

_Sheriff ozzie Knezovich_

_Doctor C. Kennedy, C  BMK_
_Commissioner, Margie Marie Richard_
_Commissioner, Mielke Meilke, Todd_
_Comlmisner Doe, John er Jane_
_Bonnie Mager_
(Names of ALL Defendants)

# CV-08-206-CI

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

## I.    Previous Lawsuits

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?      ☒Yes          ☐No

B. If your answer to A is yes, how many?  ___oNe___  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: _Patrick Height  In 1994 "I believe" Same Nature of Suit." Same Subject_.

Defendants: _Commissioner of Spokane County, Doctor Austin, of Spokan Co jail, An Sheriff At The Time_.

RECEIVED

JUN 2 4 2008

CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

1

(Rev. 02/05)

2. Court (give name of District): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition   (For example: Was the case dismissed as frivolous or for failure to state a claim?  Was it appealed?  Is it still pending?):

_____

6. Approximate date of filing lawsuit: _6 - 16 - 08_

7. Approximate date of disposition: _____

II   **Place of Present Confinement**: _____

A.  Is there a prisoner grievance procedure available at this institution? ☒ Yes   ☐ No

B.  Have you filed any grievances concerning the facts relating to this complaint?
    ☒ Yes   ☐ No

    If your answer is NO, explain why not: _____

C.  Is the grievance process completed?   ☒ Yes   ☐ No

D.  Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint?   ☒ Yes   ☐ No

    If your answer is NO, explain why not: _____

II   **Parties to this Complaint**

A.  Name of Plaintiff: _Patrick Joseph Knight_ Inmate No.: _72278_

    Address: _W. 1100 Mallon, Spokane Co Jail Spokane WA 99260_

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment.  Use Item C for the names, positions and places of employment of any additional defendants.  Attach additional sheets if necessary.)

2

(Rev. 02/05)

B. Defendant: _KeNNedy C._ Official position: _DoctuR_
Place of employment: _SpoKaNe B. jail_

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the
Complaint.): _CommisfoxeR: Miilka, Todd_
_Commisioner: ~~Mayor Manager~~ MaRk RichaRd_
_Comnision: Doe, Tohy or State BoNNie Mayor_
_SheRiff: Ozzie KNEZoVich_
_DoctiR, KeNNedy, C._

## IV   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including dates, places and other persons involved. Do not give any legal
arguments or cite any cases or statutes. If you allege a number of related claims, number
and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

I am beiNg deNied MedicatioNs agaiN iN This jail.
SaRaqueal, TRazadoNe, FoR stress, DeppessioN, Bi-PoloR
SchizopRaNia, ANd NaRotiN foR MoRewewe NeRve
damages. I'VE BeeN Takeing medicatioN FoR
The BetteR paRt of my life To date. ANd Have
Had This pRoblem befoRe IN This jail IN 1994
oR There about. I Settled FoR Way Too
Small of AN I Amount obviously. I RemiNded
Them of This Suit, & The Ct. says The DR's
oRdeR StaNds. No meds, I Gave Them
Hospitals, IN los ANgeles To CoNtact, ANd eveN
a MeNtal Hospital, Still I'm disRegaRded.

3

(Rev. 02/05)

## V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

$100,000 "One Hundred Thousand dollers," For emotional Stress, weakens my Heart. And That Is also punitive demages. Please Pay To Plaintiff $100,000 For damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _16_ day of _JUNE_ , 20_08_.

_____
(Signature of Plaintiff)

4

(Rev. 02/05)