# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

_Patrick Joseph Haight_
(Name of Plaintiff)

vs.

_Sheriff Ozzie Knezovich_

_Doctor C. Kennedy, C BMK_
_Commissioner, Margie, Marie Richard_
_Commissioner, Meilke, Todd_
_Commissioner, Doe, Johnel Tane_
_Bonnie Mager_
(Names of ALL Defendants)

## CV-08-206-CI

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

I.    **Previous Lawsuits**

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?    ☒Yes    ☐No

B. If your answer to A is yes, how many? ___one___ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: _Patrick Haight    In 1994 "I believe" Same Nature of Suit." Same Subject._

Defendants: _Commissioner of Spokane County, Doctor Austin, of Spokane Co Jail, An Sheriff At The Time._

**RECEIVED**

JUN 2 4 2008

CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

1

(Rev. 02/05)

2. Court (give name of District): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition  (For example: Was the case dismissed as frivolous or for failure to state a claim?  Was it appealed?  Is it still pending?):

_____

6. Approximate date of filing lawsuit: *6-16-08*

7. Approximate date of disposition: _____

II    **Place of Present Confinement**: _____

A.  Is there a prisoner grievance procedure available at this institution? ☒ Yes    ☐ No

B.  Have you filed any grievances concerning the facts relating to this complaint?
    ☒ Yes    ☐ No
    If your answer is NO, explain why not: _____

C.  Is the grievance process completed?    ☒ Yes    ☐ No

D.  Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint?    ☒ Yes    ☐ No

    If your answer is NO, explain why not: _____

II    **Parties to this Complaint**

A.  Name of Plaintiff: *Patrick Joseph Haight*  Inmate No.: *72278*

    Address: *W. 1100 Mallon, Spokane Co Jail Spokane WA 99260*

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment.  Use Item C for the names, positions and places of employment of any additional defendants.  Attach additional sheets if necessary.)

2

(Rev. 02/05)

B. Defendant: _Kennedy C._____ Official position: _Doctor_____
Place of employment: _Spokane G. jail_____

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): _Commisioner: Muilke, Todd_____
_Commisioner: ~~Major Manager~~ Mark Richard_____
_Comnision: Doe, John or Jane Bonnie Mayor_____
_Sheriff: Ozzie Knezovich_____
_Doctor, Kennedy, C._____

## IV    Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved, including dates, places and other persons involved. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

I am being denied Medications again In This jail. Saraquel, Trazadone, For stress, Depression, Bi-Polor Schtzopronia, And Naroth For Moreove Nerve damages. I've Been Takeing medication For The Better part of my life To date. And Have Had This problem before In This jail In 1994 or There about. I Settled For way Too Small of An Amount obviously. I Reminded Them of This suit, & The Ct. says The DR's order stands. No meds, I Gave Them Hospitals, In Los Angeles To Contact, And even a Mental Hospital, Still I'm disregarded.

3

(Rev. 02/05)

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

$100,000 "One Hundred Thousand dollers," For emotional stress, weakens my Heart, And That Is also punitive damages. Please Pay To Plaintiff $100,000 For damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _16_ day of _JUNE_, 20 _08_.

_____
(Signature of Plaintiff)

4

(Rev. 02/05)